B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

In re ___FREDERICK GALLARDO___,      Case No. ___11-00495___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

___LVNV Funding LLC___      ___Zenith Acquisition___
Name of Transferee      Name of Transferor

Name and Address where notices to transferee should be sent:
    LVNV Funding LLC
    c/o Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587

Court Claim # (if known): __1__
Amount of Claim: ___$642.85___
Date Claim Filed: ___01/28/2011___

Phone: _(877) 264-5884_      Phone: _____
Last Four Digits of Acct #: __3438__      Last Four Digits of Acct. #: __4641__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ LaToya McDowell_      Date: ___04/12/2016___
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.